# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CHAD FRANCIS PENTKOWSKI & KATIE GRACE CHANDLER |
| **Case Number:** | 2:10-bk-08402-RJH **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JULY 12, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE

**R / M #:**   17 / 0

### *Appearances:*

DON C. FLETCHER, ATTORNEY FOR CHAD FRANCIS PENTKOWSKI, KATIE GRACE CHANDLER
DARYL DORSEY, ATTORNEY FOR MOVANT

### *Proceedings:*

Mr. Dorsey reviewed the arrearages.

Mr. Fletcher advised the bank will not respond to the debtor and will not accept payment because they claim to be reviewing the loan modification.

COURT:  IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY.  THE COURT WILL NOT WAIVE THE AUTOMATIC 14 DAY STAY.  MR. DORSEY IS DIRECTED TO UPLOAD A FORM OF ORDER.    THE COURT WILL EXPECT THE BANK TO COMPLY WITH THE HAMP REGULATIONS AND TO RESPOND TO THE DEBTORS AND GIVE A CLEAR ANSWER AS TO WHETHER MORTGAGE MODIFICATION IS CURRENTLY BEING CONSIDERED OR HAS BEEN DENIED.  THE COURT WILL ALSO REQUIRE THE BANK TO MAKE A CLEAR INDICATION TO THE DEBTOR AS TO WHETHER THE BANK WILL ACCEPT ANY PAYMENTS EITHER IN THE REGULAR AMOUNT OR IN ANY REDUCED AMOUNT.   MR. DORSEY STATED HE WILL INCLUDE THAT LANGUAGE IN THE ORDER HE UPLOADS.